IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC WAYNE BROWN,

    Petitioner,

v.

HOLINKA, Warden,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-373-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent denying petitioner's petition for writ of habeas corpus.

_____      9/23/09
Peter Oppeneer, Clerk of Court                  Date